UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMANDA BEILFUSS,

           Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

           Defendant.

_____/

Case No. 1:24-cv-1046

HON. ROBERT J. JONKER

## ORDER APPROVING MAGISTRATE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties. No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

NOW THEREFORE, the Report and Recommendation (ECF No. 30) is hereby adopted as the opinion of the Court.

THEREFORE, IT IS ORDERED that:

The decision of the Commissioner of Social Security is hereby **VACATED** and **REMANDED** under sentence four of 42 U.S.C. § 405(g).


Dated:   March 12, 2026

      /s/ Robert J. Jonker
      ROBERT J. JONKER
      UNITED STATES DISTRICT JUDGE